GUARANTY TRUST CO., respondent,

*v.*

NEW YORK COMMUNITY TRUST, &c., appellants.

[Argued May 25th, 1948.   Decided September 3d, 1948.]

*Mr. John H. Jobes,* for the defendants-appellants, Margaretha Grappendorf Blakeman et al.

*Messrs. Markley & Broadhurst (Mr. James J. Langan,* of counsel), for the complainant-appellee, Guaranty Trust Co.

*Messrs. O'Mara, Conway & Schumann (Mr. Joseph A. Davis,* of counsel), for the defendant-appellee, The New York Community Trust.

*Messrs. Milton, McNulty & Augelli (Mr. John Milton, Jr.,* of counsel), for the defendants-appellees Actors' Equity Association, Chorus Equity Association of America and The Actors' Fund of America.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Egan, and reported at *141 N. J. Eq. 238.*

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, BURLING, JACOBS, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ.   14.

*For reversal*—None.